UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:18-CV-15685-KM-JBC |
| | ) |
| CONVERGENT OUTSOURCING et al, | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Keith Finn ("Plaintiff") and Defendant Convergent Outsourcing, Inc. ("Defendant") hereby stipulate that any and all claims Plaintiff asserted against Defendant in this action shall be dismissed in their entirety with prejudice. Each party shall bear their own attorneys' fees and costs incurred in this action as they relate to Plaintiff's claims against Defendant. Plaintiff's claims against Defendants First Contact, LLC and Alorica, Inc. f/k/a EGS Financial Care, Inc. shall not be affected by this stipulation.

| | |
|---|---|
| */s/ Dinesh U. Dadlani* | */s/ Amy L. Bennecoff Ginsburg* |
| Dinesh U. Dadlani, Esq. | Amy Lynn Bennecoff Ginsburg |
| Segal McCambridge Singer & Mahoney, LTD | Kimmel & Silverman, P.C. |
| 15 Exchange Place, Suite 1020 | 30 E. Butler Pike |
| Jersey City, NJ 07302 | Ambler, PA 19002 |
| Phone: 201-209-0393 | Phone: 215-540-8888 |
| Email: ddadlani@smsm.com | Fax: 215-540-8888 |
| *Attorney for Defendant Convergent Outsourcing, Inc.* | Email: teamkimmel@creditlaw.com |
| | *Attorney for Plaintiff* |
| Date: September 4, 2019 | Date: September 4, 2019 |

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Dinesh U. Dadlani, Esq.
Segal McCambridge Singer &
Mahoney, LTD
15 Exchange Place, Suite 1020
Jersey City, NJ 07302
Phone:  201-209-0393
Email:  ddadlani@smsm.com
Attorney for Defendant Convergent Outsourcing, Inc.

JONATHAN ROTENBERG, ESQ.
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022
Phone: 212-940-6405
Email: jonathan.rotenberg@kattenlaw.com
Attorney for Defendant First Contact, LLC

CINDY D. SALVO, ESQ.
THE SALVO LAW FIRM
185 Fairfield Avenue
Suite 3C/3D
West Caldwell, NJ 07006
Phone: 973-226-2220
Fax: 973-900-8800
Email: csalvo@salvolawfirm.com
Attorneys for Defendant Alorica, Inc.

Dated: September 4, 2019

/s/ Amy L. Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8888
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff