UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:18-CV-15685-KM-JBC |
| CONVERGENT OUTSOURCING et al, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Keith Finn ("Plaintiff") and Defendant Convergent Outsourcing, Inc. ("Defendant") hereby stipulate that any and all claims Plaintiff asserted against Defendant in this action shall be dismissed in their entirety with prejudice. Each party shall bear their own attorneys' fees and costs incurred in this action as they relate to Plaintiff's claims against Defendant. Plaintiff's claims against Defendants First Contact, LLC and Alorica, Inc. f/k/a EGS Financial Care, Inc. shall not be affected by this stipulation.

/s/ Dinesh U. Dadlani
Dinesh U. Dadlani, Esq.
Segal McCambridge Singer & Mahoney, LTD
15 Exchange Place, Suite 1020
Jersey City, NJ 07302
Phone: 201-209-0393
Email: ddadlani@smsm.com
*Attorney for Defendant Convergent Outsourcing, Inc.*

Date: September 4, 2019

/s/ Amy L. Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8888
Email: teamkimmel@creditlaw.com
*Attorney for Plaintiff*

Date: September 4, 2019

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 9/5/2019