UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, ) | |
| ) | |
| Plaintiff ) | |
| ) | **Case No.: 2:18-CV-15685-KM-JBC** |
| v. ) | |
| ) | |
| CONVERGENT OUTSOURCING et al, ) | |
| ) | |
| Defendant ) | |
| ) | |

**STIPULATION TO STAY CASE PENDING RESOLUTION OF ARBITRATION**

AND NOW, Plaintiff, Keith Finn, by and through his attorneys, and Defendants First Contact, LLC and Alorica, Inc., by and through their undersigned attorneys, hereby stipulate to stay the instant action until the resolution of the related private arbitration action, <u>Keith Finn v Credit One Bank,</u> American Arbitration Association Case No. 01-17-0006-5470.

A proposed Order reflecting the terms of this stipulation will be submitted along with the instant filing.

SO STIPULATED:

Date: January 15, 2020

By: <u>/s/ Jacob U. Ginsburg</u>
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
215-540-8888
jginsburg@creditlaw.com
Attorney for Plaintiff


*/s/ Cindy Salvo*
CINDY D. SALVO
THE SALVO LAW FIRM
185 Fairfield Avenue
Suite 3C/3D

West Caldwell, NJ 07006
973-226-2220
Fax: 973-900-8800
Email: csalvo@salvolawfirm.com
Attorney for Defendant, Alorica, Inc.


By: */s/  Paul A Grammatico*
JONATHAN ROTENBERG
PAUL A. GRAMMATICO (*Pro Hac Vice*)
KATTEN MUCHIN ROSENMAN LLP
515 S. Flower St., Suite 1000
Los Angeles, CA 90071-2212
213.443.9017
Email: paul.grammatico@kattenlaw.com
Attorney for Defendant, First Contact, LLC

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify on January 15, 2020 served a true and correct copy of the foregoing stipulation to stay case in the above-captioned matter, upon all counsel of record via the CM/ECF system.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire