UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:18-CV-15685-KM-JBC |
| v. | ) |
| | ) |
| CONVERGENT OUTSOURCING et al, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

AND NOW, this __16th__ of __JANUARY__, 2020, upon review of the Parties' stipulation to stay this matter pending the resolution of the related private arbitration action, <u>Keith Finn v Credit One Bank,</u> American Arbitration Association Case No. 01-17-0006-5470, it is hereby ORDERED that this matter is stayed.

Plaintiff is ORDERED to notify the Court when that arbitration action is resolved or otherwise terminated.

SO ORDERED

Kevin McNulty, U.S.D.J.

DATE: 1/16/2020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, <br><br> Plaintiff <br><br> v. <br><br> CONVERGENT OUTSOURCING et al, <br><br> Defendant | ) <br> ) <br> ) <br> ) **Case No.: 2:18-CV-15685-KM-JBC** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO STAY CASE PENDING RESOLUTION OF ARBITRATION

AND NOW, Plaintiff, Keith Finn, by and through his attorneys, and Defendants First Contact, LLC and Alorica, Inc., by and through their undersigned attorneys, hereby stipulate to stay the instant action until the resolution of the related private arbitration action, Keith Finn v Credit One Bank, American Arbitration Association Case No. 01-17-0006-5470.

A proposed Order reflecting the terms of this stipulation will be submitted along with the instant filing.

SO STIPULATED:

Date: January 15, 2020

By: /s/ Jacob U. Ginsburg
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
215-540-8888
jginsburg@creditlaw.com
Attorney for Plaintiff


/s/ Cindy Salvo
CINDY D. SALVO
THE SALVO LAW FIRM
185 Fairfield Avenue
Suite 3C/3D

West Caldwell, NJ 07006
973-226-2220
Fax: 973-900-8800
Email: csalvo@salvolawfirm.com
Attorney for Defendant, Alorica, Inc.


By: /s/ Paul A Grammatico
JONATHAN ROTENBERG
PAUL A. GRAMMATICO (*Pro Hac Vice*)
KATTEN MUCHIN ROSENMAN LLP
515 S. Flower St., Suite 1000
Los Angeles, CA 90071-2212
213.443.9017
Email: paul.grammatico@kattenlaw.com
Attorney for Defendant, First Contact, LLC