# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEITH FINN, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CONTACT, LLC and ALORICA )<br>f/k/a EGS FINANCIAL CARE f/k/a NCO )<br>FINANCIAL SYSTEMS, INC. )<br>)<br>       Defendants. | Case No.: 2:18-cv-15685-KM-JBC |

## JOINT STIPULATION TO DISMISS

Plaintiff, KEITH FINN and Defendants, FIRST CONTACT, LLC and ALORICA f/k/a EGS FINANCIAL CARE f/k/a NCO FINANCIAL SYSTEMS, INC.,, through their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that all the Plaintiff's claims against Defendants shall be dismissed with prejudice.

Respectfully submitted,

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 10/27/2020**

*/s/* Jonathan Rotenberg _____
Jonathan Rotenberg
Katten Muchin Rosenman LLP
515 S. Flower St., Suite 1000
Los Angeles, CA 90071-2212
(213) 443-9000
jonathan.rotenberg@kattenlaw.com

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax. 1 (877) 600-2112
Email: teamkimmel@creditlaw.com
*Attorneys for Plaintiff*